UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELE MAYFIELD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AT&T, et al., )<br>)<br>Defendants. ) | Case No: 4:17CV1418 HEA |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on it's own motion. Plaintiff filed complaint on May 1, 2017. Plaintiff was granted leave to proceed *informa pauperis* on May 2, 2017 [Doc. No. 5]. Thereafter, on June 23, 2017, Defendant AT&T filed A Motion to Dismiss [Doc. No. 16]. Plaintiff, proceeding *pro se*, filed a request for additional time in which to respond which was granted by the court on July 10, 2017. In excess of forty (40) days have expired since the grant of additional time and Plaintiff has failed to file a response or opposition to the Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is to Show Cause to the Court, within 14 days of the date of this order, why the Motion to Dismiss[Doc. No. 16]

should not be granted.

Dated this 29th day of August, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE